UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED
MAR 0 2 2006

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| MICHAEL ALAN HELLER, | * | CIV 06-4012 |
| Petitioner, | * | |
| -vs- | * | ORDER DISMISSING § 2241 PETITION |
| RICARDO MARTINEZ, Custodian/Trustee, | * | |
| Respondent. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Petitioner, Michael Alan Heller, an inmate at the Federal Prison Camp in Yankton, South Dakota, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. Doc. 1. Petitioner then filed a Motion to Amend (Doc. 7) which set forth information that Petitioner had been sentenced in the District of Missouri, and that Petitioner had filed a motion under 28 U.S.C. § 2255 in that court. Petitioner further stated, "The District Court/Agency has not sent a ruling as of this date."

The Eighth Circuit Court of Appeals has stated, "It is well settled a collateral challenge to a federal conviction or sentence must generally be raised in a motion to vacate filed in the sentencing court under § 2255 ... and not in a habeas petition filed in the court of incarceration ... under § 2241." *Hill v. Morrison*, 349 F.3d 1089, 1091 (8th Cir. 2003); *see also*, *Abdullah v. Hedrick*, 392 F.3d 957 (8th Cir. 2004). The petitioner has the burden of demonstrating § 2255 relief in the sentencing court would be unavailable or ineffective. *Id.* Since there is no ruling from the sentencing court, Petitioner cannot meet that burden at this time. Accordingly

IT IS ORDERED:

(1) that the Motion to Amend (Doc. 7), is granted;

(2) that the petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1) is dismissed without prejudice;

(3) that the motion for issuance of subpoena duces tecum (Doc. 3) is denied as moot; and

(4)   that the motion for emergency hearing (Doc. 4) is denied as moot.

Dated this 2nd day of March, 2006.

BY THE COURT:

/s/ Lawrence L. Piersol
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _Shelly Marqulies_
   (SEAL)   DEPUTY